# The Law Office of Noor A. Saab, Esq.

380 N. Broadway, Penthouse West
Jericho, New York 11753
Tel: (718) 740-5060 * Fax: (718) 709-5912
Email:  NoorASaabLaw@gmail.com

November 10, 2023

<u>VIA ECF</u>
Honorable Judge Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

Re:      **<u>Felix Castro v. Safety Shoe Distributors of OKI, Inc. - Case No. 1:23-cv-07074-LJL</u>**

To the Honorable Judge Lewis J. Liman,

The Plaintiff submits this letter motion respectfully requesting an adjournment of the initial conference currently set for November 17, 2023 pursuant to Your Honor's Order dated October 19, 2023 (Dkt. No. 5).  The complaint was served upon the defendant on October 31, 2023.  Defendant has yet to respond to the complaint nor reached out to the Plaintiff .  Plaintiff respectfully requests an adjournment of the initial conference for thirty (30) days from November 17, 2023 to December 17, 2023 or a date thereafter which is convenient for the Court. Plaintiff will take this opportunity to reach the defendant to discuss early resolution options. This is the first time this relief is being requested.

The Plaintiff wishes to thank Your Honor and this Court for the time and attention to this matter.

Respectfully submitted,

*/s/ Noor A. Saab, Esq.*

The motion is GRANTED.  The initial conference is adjourned to December 19, 2023 at 4:00PM.  Parties are directed to dial into the Court's teleconference number at 888-251-2909, Access Code 2123101, and follow the necessary prompts.

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

November 15, 2023